No. 81–6230.  SAUNDERS *v.* WEINER.  C. A. 3d Cir. Certiorari denied.

No. 81–6231.  TUBBS *v.* MAGGIO, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 81–6236.  PAYNE *v.* SMITH ET AL.  C. A. 6th Cir. Certiorari denied.

No. 81–6238.  DOUGLAS *v.* LONG ET AL.  C. A. 9th Cir. Certiorari denied.

No. 81–6241.  BUTCHER *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 81–6242.  HALL *v.* NEW YORK CITY TRANSIT AUTHORITY.  Ct. App. N. Y.  Certiorari denied.

No. 81–6244.  GLASS, AKA HABERLAND *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 81–6246.  STREETER *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari  denied.

No. 81–6247.  NASH *v.* MORRIS, WARDEN, UTAH STATE PRISON, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 81–6248.  WILLIAMS *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 81–6252.  WILLIAMS *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 81–6253.  TARVER *v.* HOWARD ET AL.  C. A. 3d Cir. Certiorari denied.

No. 81–6254.  STEDMAN *v.* PARSONS, DIRECTOR OF CLASSIFICATION, ET AL.  C. A. 10th Cir.  Certiorari denied.